

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2020

No. 04-20-00412-CV

**IN THE INTEREST OF L.A.C., A.I.A.C, S.A.C., H.A.C., CHILDREN**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00887
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due on August 28, 2020, ten days after the notice of appeal was filed in the trial court. The court reporter has filed a notification of late record, requesting an additional ten days to file the record. We GRANT the request and ORDER the court reporter to file the reporter's record on or before **September 12, 2020**.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court